**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 488 WAL 2016
                             :

         Respondent         :

                           :    Petition for Allowance of Appeal from
                           :    the Order of the Superior Court
        v.                :

LEON CORLOYD ROSE,          :

         Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.